# Exhibit  B

Eric E. Holm
HOLM LAW FIRM, PLLC
Montana Power Building
115 N. Broadway, Ste. 304
Billings, MT 59101
Phone: (406) 252-2900
eric@holm-law.com
*Attorney for Plaintiff*

## MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT, GALLATIN COUNTY

| | |
|---|---|
| LORI ELLEN PEQUET, ) | |
| ) | Cause No.: DV-20-23B |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL EXPRESS CORP, now known as ) | **FIRST AMENDED COMPLAINT** |
| FedEx Corporation, and DOES 1-25, ) | **AND DEMAND FOR JURY TRIAL** |
| ) | |
| Defendants. ) | |

Plaintiff Lori Ellen Pequet, by and through counsel of record, Eric E. Holm of Holm Law

Firm, PLLC, hereby file this First Amended Complaint, alleging as follows.

### FIRST AMENDED COMPLAINT

1.     At all relevant times, Pequet has been a resident of Gallatin County, Montana.

2.     At all relevant times, Defendant has been a Delaware for-profit corporation, with

its headquarters in Memphis, Tennessee, and engaged in business in Gallatin County, Montana.

3.     John Does 1-25 are additional individuals or entities who may be responsible for

the losses and damages to Plaintiff as alleged herein.

4.     At all relevant times leading up to her termination, Defendant employed Pequet in

Gallatin County, Montana.

1

5.      Pequet completed any probationary period set by Defendant or imposed by statute.

6.      Defendant terminated Pequet from employment on or about July 9, 2019.

7.      The reason given for Pequet's termination was that she allegedly "falsified [an] accident report by providing a false statement on the cause of the accident." Defendant stated, "You stated to management and in a written statement that a service truck had hit the FedEx vehicle you were driving and caused damage to the rear bumper." This is false. Pequet never said this, either in a verbal statement to management or in her two written statements.

8.      The termination decision further relied upon two unrelated warning letters, both of which are false, exaggerated, and/or do not constitute good cause under the WDEA.

9.      Pequet exhausted Defendant's internal procedures for appealing her discharge.

10.     Defendant discharged Pequet from employment without good cause.

11.     Defendant discharged Pequet in violation of the express provisions of its written personnel policies.

12.     Defendant discharged Pequet in retaliation for reporting violations of public policies, not based upon a protected class or anti-discrimination laws.

## COUNT I – WRONGFUL DISCHARGE FROM EMPLOYMENT

13.     Plaintiff reasserts each paragraph above as if fully set forth herein.

14.     Defendant violated Montana's Wrongful Discharge from Employment Act, §§ 39-2-901, MCA, *et seq*, causing Plaintiff damages, including but not limited to lost wages and benefits, punitive damages for her whistleblower claim, and interest on all amounts.

WHEREFORE, Plaintiff requests relief as follows:

1.  For judgment to be entered against Defendant and in Plaintiff's favor;

2. For those damages allowed by law for the injuries and losses to Plaintiff;

3. For costs and fees expended herein; and

4. For such other relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Plaintiff requests a jury trial on all issues.

DATED this 22nd day of June, 2020.

HOLM LAW FIRM, PLLC

By: _____

Eric E. Holm
*Attorney for Plaintiff*

3