IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LORI ELLEN PEQUET,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORP.,<br>now known as FedEx Corporation,<br>DOES 1-25<br>Defendants. | No. 2:20-cv-00051-BMM<br><br>ORDER GRANTING FEDERAL FEDERAL EXPRESS CORP'S UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE |

Upon review of the Unopposed Motion to Continue the Motions Deadline filed by Federal Express Corporation, agreement of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Federal Express Corporation's Unopposed Motion to Continue the Motions Deadline set for January 17, 2022 is **GRANTED** and the new Motions Deadline is February 16, 2022.

Dated this  2nd  day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court