# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LORI ELLEN PEQUET, | 2:20-CV-00051-BMM |
| Plaintiff, | |
| vs. | |
| | **ORDER OF DISMISSAL** |
| FEDERAL EXPRESS CORP, | **WITH PREJUDICE** |
| now known as FedEx Corporation, | |
| and DOES 1-25, | |
| Defendants. | |

Upon the Stipulation for Dismissal with Prejudice between the parties hereto, by and between their counsel of record:

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice. Each party will bear their own fees and costs. Plaintiff will assume responsibility for any outstanding Court costs owed by her; Defendant Federal Express Corp. will assume responsibility for any outstanding Court costs owed by it; and neither party is a prevailing party.

DATED this 13th day of April, 2022.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court